UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 08403
    ANTHONY J WIORSKI

                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-3494

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/07/2008 and was not confirmed.

    The case was dismissed without confirmation 08/20/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF AMERICA NA | CURRENT MORTG | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED VEHIC | 11282.99 | .00 | 1134.32 |
| STATE DISBURSEMENT UNIT | NOTICE ONLY | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | 100.00 | .00 | .00 |
| BANK OF AMERICA NA | MORTGAGE ARRE | .00 | .00 | .00 |
| BENNIE W FERNANDEZ | DEBTOR ATTY | 1,373.00 | | 1,373.00 |
| TOM VAUGHN | TRUSTEE | | | 218.04 |
| DEBTOR REFUND | REFUND | | | 648.40 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 3,373.76 | |
| PRIORITY | | .00 |
| SECURED | | 1,134.32 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 1,373.00 |
| TRUSTEE COMPENSATION | | 218.04 |
| DEBTOR REFUND | | 648.40 |
| | --------------- | --------------- |
| TOTALS | 3,373.76 | 3,373.76 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 08403 ANTHONY J WIORSKI

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 11/19/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE